## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| **WILLIE EDMONDSON, ANTWAN McGLORY, JOVAN MULLINS, and THOMAS BATTLE,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 3:22-cv-513 |
| v. ) | |
| ) | JUDGE CRENSHAW |
| **NISSAN NORTH AMERICA, INC.,** ) | Magistrate Judge Newbern |
| ) | |
| Defendant. ) | |

---

## JOINT MEDIATION REPORT

---

Pursuant to Court's February 27, 2023, Order (Doc. 36), Plaintiffs Willie Edmondson, Antwan McGlory, Jovan Mullins, and Thomas Battle ("Plaintiffs") together with Defendant Nissan North America, Inc. ("Defendant" or "Nissan") (altogether, the "Parties)" provide the following status update with respect to their efforts to resolve the instant litigation.

As indicated by the Parties' briefing on Defendant's dispositive motion, the underlying merits of the case remain sharply contested. Since the conclusion of that briefing, the Parties have engaged in discovery with each other as well as with third parties. However, given the pendency of Defendant's motion, as well as the Parties' ongoing review of discovery, they do not currently regard themselves as being in the best position to engage in an informed and fulsome discussion regarding resolution. Subsequent to the entry of the Court's order on Defendant's dispositive motion, and after additional time has been afforded to complete discovery, the Parties will engage in substantive discussions regarding resolution. Consistent with this, Parties agree to file an updated Joint Mediation Report sixty days after the entry of the Court's ruling on Defendant's dispositive motion.

4876-5666-0053v2

Respectfully submitted,

/s/ Charles K. Grant
Charles K. Grant, BPR No. 017081
Denmark J. Grant, BPR No. 036808
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
1600 West End Avenue, Suite 2000
Nashville, TN 37203
Telephone: (615) 726-5600
Facsimile: (615) 726-0464
cgrant@bakerdonelson.com
dgrant@bakerdonelson.com
*Attorneys for Defendant*

/s/ Brian C. Winfrey
Brian C. Winfrey
THE WINFREY FIRM / Morgan & Morgan
810 Broadway, Suite 105
Nashville, TN  37203


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 6, 2023, I electronically filed the foregoing *Joint Mediation Report* with the Clerk of the Court using the CM/ECF system, which will serve electronic notice to the following parties of record:

Brian C. Winfrey
THE WINFREY FIRM / Morgan & Morgan
810 Broadway, Suite 105
Nashville, TN  37203

/s/ Charles K. Grant
Charles K. Grant

-2-